# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 7, 2007

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| EDMUND INGRAM,<br>        Petitioner-Appellant,<br><br>No. 06-2766                        v.<br><br>EDDIE JONES, Acting Warden,<br>        Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 04 C 6600<br>]<br>] Samuel  Der-Yeghiayan,<br>]      Judge. |

The following are before the court:

1. **MOTION OF COUNSEL EUGENE VOLOKH TO SUBSTITUTE COUNSEL**, filed on November 21, 2007, by counsel for the appellant.

2. **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S BRIEF AND APPENDIX**, filed on December 5, 2007, by counsel for the appellant.

3. **RESPONDENT-APPELLEE JONES'S MOTION TO AMEND**, filed on November 16, 2007, by counsel for the appellee.

**IT IS ORDERED** that #1 is **GRANTED**.  Eugene Volokh is **GRANTED** leave to **WITHDRAW** as counsel of record for petitioner Edmund Ingram.  Thomas J. Hershenson of Mayer Brown LLP, 1909 K St., N.W., Washington, D.C. 20006, is appointed to represent petitioner Edmund Ingram.  The clerk shall modify the docket to reflect that change.

**IT IS FURTHER ORDERED** that #2 is **GRANTED**.  Briefing regarding the merits of the appeal shall proceed as follows:

1. The brief and required short appendix of the appellant will be due by January 31, 2008.

2. The brief of the appellee will be due by March 3, 2008.

3.      The reply brief of the appellant, if any, will be due by March 17, 2008.

**IT IS FINALLY ORDERED** that #3 is **GRANTED** to the extent that the following sentence on page 2 of the slip opinion:

Because we find that Ingram's petition was timely, we have jurisdiction to hear his appeal.

shall be **AMENDED** to read:

Because we find that Ingram's notice of appeal was timely, we have jurisdiction to hear his appeal.

Footnote no. 2, which appears on page 2 of the slip opinion, shall be **AMENDED** to that the word "petition" is replaced by the words "notice of appeal."

The request to amend the conclusion on page 9 of the slip opinion is **DENIED**.  Briefing on the merits will proceed.

Note:     Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing.  The file must be a text based  PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).